# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPARTAP SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.,<br><br>Respondents. | Case No. 1:25-cv-01689-KES-EPG-HC<br><br>ORDER GRANTING MOTION TO APPOINT COUNSEL<br><br>(ECF No. 4) |

On December 3, 2025, the Court found that "[i]n light of Petitioner's allegations that he was detained on May 26, 2025, during a scheduled ICE visit and previously had attended all of his immigration hearings and ICE check-ins, (ECF No. 1 at 6–7), . . . the interests of justice would be served by the appointment of counsel *if Petitioner is financially eligible* given the complexity of the legal issues involved." (ECF No. 3 at 2.) Thus, the Court referred the matter to the Federal Public Defender's Office to find counsel for Petitioner if Petitioner is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B), and ordered the Federal Defender to file a notice within seven days regarding whether Petitioner is financially eligible for appointment of counsel. (Id.)

On December 10, 2025, the Federal Defender filed a notice, motion to appoint counsel, and declaration in response to the Court's order. (ECF No. 4.) The Federal Defender states that they are unable to inform the Court whether Petitioner qualifies for court-appointed counsel

1

because they have been unable to communicate with Petitioner due to the Golden State Annex's inoperable phone-in system and not having sufficient information to arrange an online legal visit with Petitioner. (ECF No. 4 at 2.) "With no information to know whether Petitioner . . . qualifies for court-appointed counsel, but given that he is and has been detained in Immigration and Customs Enforcement (ICE) detention since May 26, 2025 (for over 6 months to date), the Federal Defender moves" to appoint counsel. (Id.)

Accordingly, the Court HEREBY ORDERS that:

1. The motion to appoint counsel (ECF No. 4) is GRANTED and counsel is APPOINTED for Petitioner Gurpartap Singh;
2. The Federal Defender, as appointing authority for the Eastern District of California, SHALL:
   a. Identify counsel and send counsel's contact information to chambers, or
   b. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, file a motion to appoint counsel as CJA counsel pro hac vice; and
3. Within seven (7) days of the date of service of this order, such appointed counsel SHALL:
   a. Determine whether Petitioner qualifies for court-appointed counsel or might be able to contribute to representation costs, and
   b. Meet and confer with Respondent's counsel concerning filing deadlines.

IT IS SO ORDERED.

Dated:   **December 10, 2025**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE