# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPARTAP SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.,<br><br>　　　　　Respondents. | Case No. 1:25-cv-01689-KES-EPG-HC<br><br>ORDER APPOINTING COUNSEL<br><br>(ECF No. 7) |

　　　　Upon the Federal Defender – California Eastern's *Updated Notice re: Counsel Appointment and Motion to Appoint Counsel* (ECF No. 7), and pursuant to 18 U.S.C. §§ 3005 and 3006A(a)(1) and (2) and (c) and General Order 671 *CJA Plan* § XV.C.1.g,

　　　　The Court HEREBY:

1. APPOINTS as *pro hac vice* CJA counsel for Petitioner GURPARTAP SINGH: Carrie Leroy, 17774 Old Summit Road, Los Gatos, CA 95033, (650) 630-4379, carrie.leroy@aol.com, as *pro hac vice* CJA counsel, effective as of the Federal Defender contacting Ms. LeRoy and them accepting appointment December 12, 2025; and

///
///
///
///

1

2. DIRECTS appointed counsel, within 7 days of this *Order*, to meet and confer with Respondents' counsel concerning filing deadlines and file notice of their agreement through PACER.

IT IS SO ORDERED.

Dated: **December 15, 2025**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE