ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPARTAP SINGH,<br><br>                  Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, ET AL.<br><br>                  Respondents. | CASE NO. 1:25-CV-01689-EPG-HC<br><br>STIPULATION REGARDING BRIEFING SCHEDULE; FINDINGS AND ORDER |

      Petitioner, Gurpartap Singh, by and through his counsel of record, and Respondents, Warden of the Golden State Annex et al., by and through their counsel of record, stipulate and agree as follows:

      1.     Petitioner, representing himself, submitted the instant petition for Writ of Habeas Corpus on December 1, 2025. ECF 1.

      2.     On December 3, 2025, the Court ordered the matter referred to the Federal Public Defender's Office to find counsel for Petitioner. ECF 3.

      3.     On December 15, 2025, the Court entered an order appointing the undersigned to represent Petitioner. ECF 8. The same day, the undersigned was designated as counsel for respondents. ECF 9.

      4.     In its order, the Court directed counsel to meet and confer concerning filing deadlines and file notice of their agreement. ECF 8.

     5.     In compliance with the court's order, counsel met on December 16, 2025, and now set forth the below proposed briefing schedule:

    a. Petitioner shall file a First Amended Petition for Writ of Habeas Corpus and a Motion for Preliminary Injunction by no later than January 5, 2026;

    b. Respondents shall file their Answer/Return by no later than January 8, 2026;

    c. Petitioner shall file his Reply/Traverse by no later than January 12, 2026.

The parties therefore jointly request that the Court issue an order adopting the proposed briefing schedule for this matter.

IT IS SO STIPULATED

Dated: December 16, 2025

ERIC GRANT
United States Attorney

*/s/ J. Douglas Harman*
J. DOUGLAS HARMAN
Assistant United States Attorney
Attorney for Respondents

Dated: December 16, 2025

*/s/ Carrie LeRoy*
CARRIE LEROY
Attorney for Petitioner
GURPARTAP SINGH

**O R D E R**

1
2
3     **IT IS HEREBY ORDERED** that the parties' proposed briefing schedule in case 1:25-cv-01689-
4  EPG is **ADOPTED.**
5
6  IT IS SO ORDERED.
7     Dated:   **December 22, 2025**                    /s/ Erica P. Grosjean
8                                                      UNITED STATES MAGISTRATE JUDGE