# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPARTAP SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | Case No. 1:25-cv-01689-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On January 22, 2026, the Court granted Petitioner's first amended petition and ordered Respondents to immediately release Petitioner. (ECF No. 23.) On January 23, 2026, Respondents filed a supplemental status report stating that "Petitioner was processed and released from ICE custody in Fresno at 5:22 p.m. on January 23, 2026." (ECF No. 25 at 2.)

Accordingly, the Clerk of Court is DIRECTED to enter judgment in accordance with the Court's January 22, 2026 order and to close the case.

IT IS SO ORDERED.

    Dated:  **January 26, 2026**                /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE